**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
MARIELLE FORTUNE,

                Petitioner,

      -against-

THOMAS DECKER, as Field Office Director, New York City Field Office, U.S. Immigration & Customs Enforcement, JAMES MCHENRY, as Director of the Executive Office for Immigration Review, KEVIN K. MCALEENAN, as Acting Secretary, U.S. Department of Homeland Security, WILLIAM BARR, as Attorney General, U.S. Department of Justice,

                Respondents.
-----------------------------------------------------------X

19 CIVIL 9740 (AT)

**JUDGMENT**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/21/2019

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated November 20, 2019, Fortune's petition is granted; by November 27, 2019, Respondents shall cause Fortune to appear before an immigration judge for an individual bond hearing; at that hearing, Respondents shall bear the burden of demonstrating, by clear and convincing evidence, that she is a danger to the community or a flight risk; should Respondents fail to afford Fortune a bond hearing by November 27, 2019, Respondents are ORDERED to immediately release her; accordingly, this case is closed.

**DATED:** New York, New York
            November 21, 2019

                                                  RUBY J. KRAJICK
                                                      Clerk of Court
                                        BY:
                                                       Deputy Clerk

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON 11/21/2019